MORRIS & Co., INC., Respondent, v. THE GOODYEAR TIRE and RUBBER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

JAMES V. P. OGLESBY, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— The motion in this case is not properly brought before this court, for the reason that the trial court had already denied the motion for a new trial. Under the circumstances, we are powerless to entertain the motion. (*Starbuck* v. *Smith*, 173 App. Div. 954; *Babad* v. *Colton Dental Association*, 150 id. 561; *Fifth Ave. Bank* v. *Forty-second St. R. R. Co.*, 6 id. 567; *Griswold* v. *Dexter*, 62 Barb. 648; *Schram* v. *Werner*, 81 Hun, 561; Civ. Prac. Act, § 550; Rules Civ. Prac. rule 220.) The motion for a new trial is, therefore, denied, but without costs in this court. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

EMMETT D. PAGE, Appellant, v. OSCAR E. KONKLE and Others, Defendants, Impleaded with ROBERT H. HUTCHINSON, JR., Respondent.— Order dismissing complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

RAFFAELE PUGLIESE, Respondent, v. RAFFAELA PUGLIESE, Appellant.— The stories of the witnesses for the plaintiff are improbable, and the judgment based thereon is against the weight of the credible evidence in the case. The interlocutory judgment is, therefore, reversed upon the facts, and a new trial is granted, with costs to the appellant, with the direction that the issues of adultery be tried before a jury. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kelby, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH HAGEN, Appellant.— Judgment of conviction of the County Court of Kings county affirmed, pursuant to section 542 of the Code of Criminal Procedure. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MESINA, Alias JOSEPH GABRIELLI, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BESSIE REICH, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

DORA RETTING, Appellant, v. ANNA BAFF and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.